IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2014 MAR 28 AM 11:45
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Geoffrey Mathews, Plaintiff

-vs-

Hawthrone Valley Country Club, Defendant(s)

CASE NO. 1:14 CV 677
JUDGE GAUGHAN
MAG. JUDGE McHARGH

COMPLAINT

Good Morning Judge,

I believe that I am a victim of adult bullying being employed at Hawthrone Valley Country Club. Thats why I am filing a lawsuit against their company, for Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, and the Age Discrimination in Employment Act.

First I want to say that I am very angry at some of the people who works at the grounds maintenance dept. at Hawthrone Valley Country Club. I come to my job everyday (the lord God almighty allows me to wake up in good condition to perform my job duties) feeling good for being able to see another day and I get harassed by Marcellus Hatcher; Matt Needs; Vince Mathews; Jim (supervisor) other people in there mess with me to but I don't want to say any more names.

The bullying didn't bother me, It was the fact that I believe that Ted Payer was Not trying to pay me for working 80 Hours 2 weeks the year of 2013. The year before, Ted had us working in the rain and then all of a sudden, he reduces the hours because some employees wanted to complain about working in the rain. I don't want to write a real big statement, but I apologized for my actions and asked for my job back when I was in mediation with the staff at Hawthrone Valley Country Club, but I figure that 70,000 is a reasonable settlement since Jim came at me one day last year threatning my job say "you (I) better hope Ted's still here for 5 years because I wont be comming back."

Geoffrey Mathews